UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x      CIV-07-

BRIESE USA, INC.

               Plaintiff,

      vs.

MILK STUDIOS, LLC, DRIVE IN 24, LLC
and DOES 1-10, inclusive

          Defendants.

- - - - - - - - - - - - - - - - - - -x

**07 CIV 8316**

SEP 24 2007

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiffs certifies that there are not any corporate parents or publicly held companies owning more than 10% of the stock of the plaintiff corporation, Briese USA, Inc.

DATED: Sept 21, 2007

Harvey Shapiro