Job#:N-A013-9/10-799                                          Sargoy, Stein Rosen & Shapiro

# AFFIDAVIT OF SERVICE

                                            Index #: 07civ8316
COURT: United States District    COUNTY: Southern N.Y.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Briese USA Inc.**

                                            Plaintiff

                    against

**Milk Studios, LLC., Drive Inn 24, LLC
and Does 1-10 Inclusive**
                                            Defendant
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**STATE OF NEW YORK, COUNTY OF New York         :SS:**

**Art Mondshein** being duly sworn deposes & says:
I am over 18 years of age, not a party to this action, and
reside in the State of New York.

That on **September 26, 2007 at 10:00 am**
at **450 West 15th Street, New York, New York, 10011**

I served the **Summons & Complaint**

upon: **Milk Studios LLC**
therein named, by delivering to & leaving personally with
**Christina Heshovsky** , a true copy of each thereof
Deponent describes the person actually served as follows:

         SEX:        Female
         COLOR:      White
         HAIR:       Brown
         AGE:        35
         APP HT:     5'5 "
         APP WT:     130


DEPONENT further says; that at the time of such service I knew the said person served
to be authorized to accept service

Sworn to before me this
September 26, 2007

                                            _____
                                            Art Mondshein 794479

Lana Faith Pollack
Commissioner of Deeds
No. 1-...
Qualified in New York County
Commission Expires July 1, 2008


        The Letter of The Law Process Service Co. Inc., 577 Grand Street Suite F907, New York N.Y. 10002

Job#:N-A013-9/10-7100                                        Sargoy, Stein Rosen & Shapiro

# AFFIDAVIT OF SERVICE

                                              Index #: 07CIV8316
COURT: United States District     COUNTY: Southern N.Y.
-------------------------------------
**Briese USA Inc.**

                                              Plaintiff

                against

**Milk Studios, LLC, Drive Inn 24,
LLC., and Does 1-10 Inclusive**
                                              Defendant
-------------------------------------
**STATE OF NEW YORK, COUNTY OF New York**        :SS:

**Art Mondshein** being duly sworn deposes & says:
I am over 18 years of age, not a party to this action, and
reside in the State of New York.

That on **September 26, 2007 at 10:20 am**
at **443 West 18th Street, New York, New York, 10011**

I served the **Summons & Complaint**

upon: **Drive Inn 24 LLC**
therein named, by delivering to & leaving personally with
**Garth Himmelstein** , a true copy of each thereof
Deponent describes the person actually served as follows:

         SEX:        Male
         COLOR:      White
         HAIR:       Brown
         AGE:        35
         APP HT:     5'11"
         APP WT:     180

DEPONENT further says; that at the time of such service I knew the said person served
to be authorized to accept service

Sworn to before me this
September 26, 2007

Lana Faith Pollack
Commissioner of Deeds
No. 1-_____
Qualified in New York County
Commission Expires July 1, 2008

                                          _____
                                          Art Mondshein  794479


The Letter of The Law Process Service Co. Inc., 577 Grand Street Suite F907, New York N.Y. 10002