Robert A. Schroeder (not admitted to practice in S.D.N.Y.)
**Bingham McCutchen LLP**
355 South Grand Avenue, Suite 4400
Los Angeles, CA  90071-3106
Telephone:  213.680.6400
Facsimile:  213.680.6499

Philip L. Blum
**Bingham McCutchen LLP**
399 Park Avenue
New York, NY 10022
Telephone:  212.705.7916
Facsimile:  212.702.3671

*Attorneys for Defendants*
Milk Studios, LLC and Drive In 24, LLC

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Briese USA, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Milk Studios, LLC, Drive In 24, LLC and Does 1-10 inclusive,<br><br>　　　　　Defendants. | 07 Civ 8316  (RJH)<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS MILK STUDIOS, LLC AND DRIVE IN 24, LLC**<br><br>Filed electronically |

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Milk Studios, LLC and Drive In 24, LLC (collectively "Defendants"), by their undersigned counsel, disclose that there is no parent company and no publicly held entity that owns 10% or more of Milk Studios, LLC or Drive In 24, LLC, nor do Milk Studios, LLC and Drive In 24, LLC have any corporate affiliates.  Further, Milk Studios, LLC and Drive In 24, LLC are unaware of any

- 1 -

- 2 -

corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have any financial interest whatsoever in the outcome of the litigation.

Dated: New York, New York.
      October 15, 2007

Bingham McCutchen LLP

By: s/ Philip L. Blum
    Philip L. Blum
    399 Park Avenue
    New York, NY
    10022-4689
    212.705.7916

    Robert A. Schroeder (not admitted in S.D.N.Y)
    355 South Grand Avenue, Suite 4400
    Los Angeles, CA 90071-3106

    *Attorneys for Defendants*
    *Milk Studios, LLC and Drive In 24, LLC*