## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2007, I served the foregoing Answer of Defendants Milk Studios, LLC and Drive In 24, LLC by United States, First-Class mail, postage pre-paid, upon the following:

Harvey Shapiro, Esq.
SARGOY, STEIN, ROSEN & SHAPIRO
1790 Broadway
19th Floor
New York, NY 10019

*Attorneys for Briese USA, Inc.*


_____
Eugenie M. Cesar-Fabian
BINGHAM MCCUTCHEN, LLP
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000
(212) 752-5378 (fax)

ATTORNEYS FOR DEFENDANTS
MILK STUDIOS, LLC and DRIVE IN 24, LLC