SCANNED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x   07-CIV-8316(RJH)
BRIESE USA, INC.                         :
                                         :
             Plaintiff,                  :
                                         :  **MOTION TO ADMIT**
       against                           :  **COUNSEL PRO HAC VICE**
                                         :
                                         :
MILK STUDIOS, LLC, DRIVE IN 24 LLC       :
and DOES 1-10, inclusive                 :
                                         :
             Defendants.                 :
- - - - - - - - - - - - - - - - - - - -x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern Districts of New York, I Harvey Shapiro, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

>   Edward Charles Schewe
>   Lauson & Schewe LLP
>   1600 Rosencrans Avenue, 4th Floor
>   Manhattan Beach, California 90266
>   (310) 321-7892
>   (310) 321-7891

Edward Charles Schewe is a member in good standing of the Bar of the State of California. Attached to this motion is a certificate form the State Bar of California dated October 2,

2007 stating that Mr. Schewe is an active member of that bar in good standing.

There are no pending disciplinary proceeding against Edward Charles Schewe in any State or Federal Court.

Dated: October 15, 2007
New York, New York

                Respectfully submitted,

                Harvey Shapiro (HS 2034)
                Sargoy, Stein, Rosen & Shapiro
                1790 Broadway, 14th Floor
                New York, New York 10019
                (212) 621-8224
                (212) 581-2755

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

October 2, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EDWARD CHARLES SCHEWE, #143554 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1989; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

J. Robert McPhail
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -x   07-CIV-8316(RJH)
BRIESE USA, INC.                          :
                                          :
            Plaintiff,                    :
                                          :   **AFFIRMATION OF**
       against                            :   **HARVEY SHAPIRO IN**
                                          :   **SUPPORT OF MOTION**
                                          :   **TO ADMIT COUNSEL**
MILK STUDIOS, LLC, DRIVE IN 24 LLC        :   **PRO HAC VICE**
and DOES 1-10, inclusive                  :
                                          :
            Defendants.                   :
- - - - - - - - - - - - - - - - - - - - -x

State of New York    )
                     )   ss:
County of New York   )

Harvey Shapiro, hereby affirms and states:

1. I am of counsel at Sargoy, Stein, Rosen & Shapiro, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff' motion to admit Edward Charles Schewe as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1976. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Edward Charles Schewe since 2001 when we together represented a client in a case pending in this Court.

4. Mr. Schewe is a partner of Lawson & Schewe LLP, in Manhattan Beach, California.

5. I have found Mr. Schewe to be a skilled attorney and a person of integrity. He is experienced in Federal

       practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Edward Charles Schewe, pro hac vice.

7. I respectfully request that the motion to admit Edward Charles Schewe, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated:    October 15, 2007
             New York, New York

                                          Respectfully submitted,

                                          Harvey Shapiro
                                          (HS 2034)

2

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x    07-CIV-8316(RJH)
BRIESE USA, INC.                          :
                                          :
            Plaintiff,                    :
                                          :
      vs.                                 :
                                          :
                                          :
MILK STUDIOS, LLC, DRIVE IN 24 LLC        :
and DOES 1-10, inclusive                  :
                                          :
            Defendants.                   :
- - - - - - - - - - - - - - - - - - - -x
```

**AFFIDAVIT OF SERVICE BY MAIL**

I, Julia Montanez, being sworn, say: I am not a party to the action, am over 18 years of age and reside in Newark, New Jersey. On October 15, 2007 I served VIA MAIL the attached MOTION TO ADMIT COUNSEL PRO HAC VICE, AFFIRMATION OF HARVEY SHAPIRO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE and ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION dated October 15, 2007 to:

> Philip L. Blum
> Bingham McCutchen LLP
> 399 Park Avenue
> New York, New York 10022

Dated: October 15, 2007

_____
Julia Montanez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x   07-CIV-8316(RJH)
BRIESE USA, INC.                         :
                                         :
            Plaintiff,                   :
                                         :   **ORDER FOR ADMISSION**
        against                          :   **PRO HAC VICE**
                                         :   **ON WRITTEN MOTION**
                                         :
MILK STUDIOS, LLC, DRIVE IN 24 LLC       :
and DOES 1-10, inclusive                 :
                                         :
            Defendants.                  :
- - - - - - - - - - - - - - - - - - - -x

Upon the motion of Harvey Shapiro, attorney for Plaintiff Briese USA, Inc. and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Edward Charles Schewe
> Lauson & Schewe LLP
> 1600 Rosencrans Avenue, 4th Floor
> Manhattan Beach, California 90266
> (310) 321-7892/ (310) 321-7891
> ed@lauson.com

is admitted to practice pro hac vice as counsel for plaintiff Briese USA, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately

apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:    October ___, 2007
          New York, New York

                                    _____
                                    United States District/Magistrate Judge