

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Briese USA, Inc.,

    Plaintiff,

v.

Milk Studios, LLC, Drive In 24, LLC
and Does 1-10 inclusive,

    Defendants.

07 Civ 8316 (RJH)

STIPULATION AND
(███████) ORDER OF TRANSFER
TO THE CENTRAL DISTRICT OF
CALIFORNIA

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that:

1. WHEREAS, this case is closely related to two earlier filed cases: (a) *Briese USA Inc. v. Briese Lichttechnik Vertriebs GmbH, etc., et al*, CV 07-2735-GHK (CWx) and (b) *Briese USA, Inc. v. Samy's Camera, Inc., et al.*, CV 07-3815-GHK (CWx), both pending in the Central District of California and assigned to the Honorable George H. King.

2. WHEREAS, on October 1, 2007, Judge King suggested at a status conference regarding the above-mentioned California cases that this case be transferred to the Central District of California for assignment to him, thereby promoting judicial efficiency.

3. WHEREAS, the parties consent to the transfer of this case to the Central District of California and waive any objections to transfer they might have based on jurisdiction, venue or any other grounds.

4. WHEREAS, each party consents that it will cover its own expenses and fees in filing and transferring this matter to the Central District of California.

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 11/13/07

Based on these representations by the parties, it is ORDERED THAT:

a.  This case is hereby transferred to the Central District of California, and

b.  The Clerk of the Court is hereby directed to transfer this case to the Central District of California.

Dated: New York, New York.
       October 30, 2007

SARGOY, STEIN, ROSEN & SHAPIRO

By: _____
Harvey Shapiro
1790 Broadway
19th Floor
New York, NY 10019
(212) 621-8224

*Attorneys for Plaintiff Briese USA, Inc.*

BINGHAM McCUTCHEN LLP

By: _____
Philip L. Blum
399 Park Avenue
New York, NY
10022-4689
(212) 705-7916

*Attorneys for Defendants
Milk Studios, LLC and Drive In 24, LLC*

**SO ORDERED:**

_____
Date

_____
U.S.D.J.

-2-